Opinion issued September 23, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00463-CR

———————————

ALEX WADE,
Appellant

V.

The State of
Texas, Appellee



 



 

On
Appeal from the 185th District Court

Harris
County, Texas



Trial
Court Case No. 1222385

 



MEMORANDUM OPINION

              We lack jurisdiction to hear this
appeal.  The trial court sentenced
appellant, Alex Wade, and signed a final judgment in this case on February 3,
2010.  Appellant timely filed a motion
for new trial, and therefore the deadline for filing a notice of appeal was May
4, 2010, 90 days after sentencing.  

              Appellant
filed a notice of appeal on May 28, 2010, 114 days after the day sentence
imposed, and 24 days after the deadline. 
An untimely notice of appeal fails to vest the appellate court with
jurisdiction to hear the case.  Slaton
v. State, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State,
918 S.W.2d 519, 522 (Tex. Crim. App. 1996); Douglas v. State, 987 S.W.2d
605, 605-06 (Tex. App.—Houston [1st Dist.] 1999, no pet.).

              We
therefore dismiss the appeals for lack of jurisdiction.

              All
pending motions are denied as moot.

              It
is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Radack,
and Justices Alcala and Massengale.

Do not publish.  Tex.
R. App. P. 47.2(b).